**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Porfirió PAZ–AGUIRRE, Defendant— Appellant.**

**No. 01–10041.**
**D.C. No. CR–00–00072–PMP.**

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001 *.

Decided July 23, 2001.

Before KOZINSKI, T.G. NELSON, and RICHARD C. TALLMAN, Circuit Judges.

## MEMORANDUM **

Porfirio Paz–Aguirre appeals the sentence imposed following his guilty plea to unlawful reentry of a deported alien in violation of 8 U.S.C. § 1326(a). Paz–Aguirre contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly added sixteen offense levels pursuant to U.S.S.G. § 2L1.2(B)(1)(A) based on an aggravated

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

felony that was neither pled in the indictment nor admitted at the change of plea. This contention is foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000), *cert. denied*, —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

Because the district court has amended the judgment to remove the reference to 8 U.S.C. § 1326(b), Paz–Aguirre's request for a remand is denied as moot.

AFFIRMED.